UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number:** 1:17-cv-20045-KMM

ANDRES GOMEZ

    Plaintiff,

vs.

CEC ENTERTAINMENT CONCEPTS, L.P.

    Defendant.

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND MOTION FOR ORDER OF DISMISSAL

---

The Plaintiff Andres Gomez, by and through his undersigned counsel and pursuant to Federal Rules of Civil Procedure Rule 41(a)(2), hereby files this Notice of Voluntary Dismissal With Prejudice the above styled case and hereby requests the Court to issue its Order of Dismissal With Prejudice.

Dated this 27th day of January, 2017

        *s/ Scott R. Dinin*
        Scott R. Dinin, Esq.
        SCOTT R. DININ, P.A.
        4200 NW 7TH Avenue
        Miami, Florida 33127
        Tel: (786) 431-1333
        E-mail: inbox@dininlaw.com
        *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and have also sent a copy to counsel for the Defendant:

David A Deck. Esq.
CEC Entertainment, Inc.
1707 Market Place Blvd. Suite 200
Irving, Texas 75063
Tel 972-2584603
Email: ddeck@cecentertainment.com
*In House Counsel for the Defendant*